THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Travis George
 Legg, Appellant.
 
 
 

Appeal From Spartanburg County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2007-UP-464    

Submitted October 1, 2007  Filed October
 11, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia, Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Legg pled guilty to first-degree burglary
 and unlawful possession of a pistol.  The court sentenced him to twenty years
 for burglary and one year for the pistol charge with these sentences concurrent
 to each other and a prior sentence.  Leggs counsel attached to the brief a petition to be relieved as
 counsel, stating that she had reviewed the record and concluded this appeal
 lacks merit.  Legg did not file a separate pro se brief.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1969), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to
 be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J, AND HUFF AND KITTREDGE, JJ., concur.       

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.